[No. 52951-0-I.   Division One.   February 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. IVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01363-8, Richard J. Thorpe, J., entered August 22, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ. Now published at 126 Wn. App. 329.

[No. 53016-0-I.   Division One.   February 7, 2005.]

RAY H. FENNER, ET AL., *Respondents*, v. GARY P. GAFFNER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-07345-2, Mary Roberts, J., entered August 19, 2003. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.

[No. 53083-6-I.   Division One.   February 7, 2005.]

ARDEN JOHNSON, ET AL., *Respondents*, v. DANA LARUE, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Snohomish County, No. 02-2-08333-0, Joseph A. Thibodeau, J., entered June 12 and August 27, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.

[No. 53590-1-I.   Division One.   February 7, 2005.]

THE STATE OF WASHINGTON EX REL. MICHAEL LEE MITCHELL, ET AL., *Respondent*, v. CHARLES GERARD SMITH, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 95-5-03574-5, James A. Doerty, J., entered October 27 and November 24, 2003. *Affirmed* by unpublished per curiam opinion.